IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Thomas M. Falahee,     )   | 10-cv-00218-HG-BMK |
| Plaintiff,     ) | |
| vs.     ) | |
| Heide and Cook, Ltd., John Does 1-10 and Doe Entities 1-10,     ) | |
| Defendants.     ) | |

**<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (Doc. 35) THAT PLAINTIFF'S MOTION TO REMAND THIS CASE TO STATE COURT FOR FAILURE TO TIMELY REMOVE AND LACK OF FEDERAL COURT JURISDICTION BE DENIED</u>**

Findings and Recommendation having been filed and served on all parties on July 30, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 35) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 27, 2010.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge